UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------X
MARK HOURANEY and NORTHEAST
HOLDINGS, L.L.C.,

                          Plaintiffs,          **ORDER**
                                                     CV 04-2262 (ADS)(ARL)

        -against-

TOWN OF RIVERHEAD, et al.,

                          Defendants.
--------------------------------------------------X
**LINDSAY, Magistrate Judge:**


       By letter application dated May 2, 2006, the plaintiffs seek to "uphold [their] objection to
the [defendants'] Expert Disclosure" and demand that the defendants not be given any additional
time for disclosure. Prior to submitting a discovery motion of this nature, counsel for the
plaintiffs was required to confer with counsel for the defendants in good faith in an effort to
resolve the dispute. *See* Local Rule 37.3(a). There is no indication that counsel made any effort
to contact the defendants. Moreover, there is no application before the court for an extension of
the discovery deadline, and thus, the plaintiffs' objection to such an extension is not ripe. The
motion is, therefore, denied with leave to renew once the parties have attempted to resolve the
discovery dispute.


Dated: Central Islip, New York
       May 4, 2006


                                 _____/s/_____
                                  ARLENE ROSARIO LINDSAY
                                  United States Magistrate Judge